UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-21162-CIV-LENARD/GOODMAN

MARY QUINTERO

       Plaintiff,

v.

JORGE LUIS LOPEZ and
MARILE LOPEZ

       Defendants.
_____/

## DEFENDANTS' RESPONSE TO STATEMENT OF CLAIM

    DEFENDANTS, JORGE LUIS LOPEZ and MARILE LOPEZ respond to Plaintiff's Statement of Claim as follows:

    1.    Defendants deny that plaintiff worked uncompensated overtime, or is otherwise entitled to recover under FLSA.

    2.    Plaintiff was paid for all hours worked and employer has timesheets certifying the hours worked each week. Plaintiff was paid at 1.5 her hourly rate for overtime, and given substantial vacation and holiday pay in addition to being fully compensated for all hours worked.

    3.    Plaintiff is not entitled to compensation for non-compensable activities, such as taking breaks, or time spent on her own personal business.  From review of Plaintiff's statement of claim it appears that a substantial portion of Plaintiff claim seeks overtime compensation for time spent on her daily one-hour lunch break and/or other breaks taken and recorded on timesheets.

4.  To the extent Plaintiff is found to be entitled to receive compensation under the FLSA, Plaintiff would only be entitled to recover back wages going back two years from the date when Plaintiffs filed the instant action (i.e., March 25, 2013), since Plaintiff cannot show that Mr. and Mrs. Lopez willfully violated the FLSA.

5.  To the extent Plaintiff is found to be entitled to receive compensation under the FLSA, Plaintiff is not entitled to recover liquidated damages since Mr. and Mrs. Lopez complied in good faith with the FLSA, and had reasonable grounds to believe that the alleged acts or omissions did not violate the FLSA.

6.  Plaintiff's claim is offset by any amounts owed to Defendants.

**Dated**: June 9, 2015

Respectfully submitted,

Gabriel E. Nieto, Esq. FBN 14755
Miguel A. Morel, Esq. FBN 89163
**RASCO KLOCK PEREZ NIETO**
2555 Ponce De Leon Blvd., Suite 600
Coral Gables, Florida 33134
Telephone: 305.476.7097
Facsimile: 305.675.0459

*Attorneys for Defendants*

By:  */s/ Gabriel E. Nieto*
         Gabriel E. Nieto

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 9, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/EFC. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/EFC or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By:  */s/ Gabriel E. Nieto*
     GABRIEL E. NIETO
     Florida Bar No. 14755

## SERVICE LIST

**Via CM/ECF Notice**

J.H. ZIDELL, ESQ.
J.H. ZIDELL P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel. (305) 865-6766
Fax. (305) 865-7167
zabogado@aol.com

4817-6016-9764, v.  1