# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.: 15-cv-21162-Lenard/Goodman

MARY QUINTERO )
)
      Plaintiff, )
vs. )
)
JORGE LUIS LOPEZ and MARILE )
LOPEZ, )
)
      Defendants. )
_____ )



## SUMMONS IN A CIVIL ACTION

To:
Jorge Luis Lopez
1889 S. Bayshore Drive
Miami, FL 33133

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            J.H. Zidell, Esq.
            J.H. Zidell P.A.
          300 71ST Street, Suite 605
          Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **March 25, 2015** _____

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Valerie Kemp
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

15- 2116v  PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jaye (or) Jaffa
was received by me on *(date)* 3/25/15

☒ I personally served the summons on the individual at *(place)* 885 S Bayshore Drive
Miami FL                                                             on *(date)* 4/25/15       ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 4/20/15

Server's signature

Frank Ayllon
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Case 1:15-cv-21162-JAL   Document 4   Entered on FLSD Docket 03/25/2015   Page 2 of 2

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.: 15-21026-CIV-JLK

| | |
|---|---|
| MARY QUINTERO ) | |
| ) | 15-cv-21162-Lenard/Goodman |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| JORGE LUIS LOPEZ and MARILE ) | |
| LOPEZ, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**SUMMONS IN A CIVIL ACTION**

4/25/2015  11:10A
4/25a 247

To:
Marile Lopez    P S
1889 S. Bayshore Drive
Miami, FL 33133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **March 25, 2015**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Valerie Kemp
Deputy Clerk
U.S. District Courts

6/A

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-21162

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Marilis Iafra

was received by me on *(date)* 3/20/15

☒ I personally served the summons on the individual at *(place)* 1889 S Bayshore Drive Miami Fl on *(date)* 4/20/15 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00.

I declare under penalty of perjury that this information is true.

Date: 4/20/15

Server's signature

Frank Ayllon
Printed name and title

Server's address

Additional information regarding attempted service, etc: