UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-21162-CIV-LENARD/GOODMAN

MARY QUINTERO,

    Plaintiffs,

v.

JORGE LUIS LOPEZ, et al. ,

    Defendants.

_____/

### ORDER SCHEDULING SETTLEMENT CONFERENCE

This matter having been referred to me for a settlement conference by United States District Judge Joan A. Lenard [ECF Nos. 6; 21], it is hereby ORDERED that a settlement conference will take place in Chambers[1] on the <u>11th Floor of the James Lawrence King Federal Justice Building</u>, 99 Northeast Fourth Street, Miami, Florida, on **Tuesday, July 14, 2015 at 10:00 AM.** The conference will be conducted without a court reporter so that no record of the proceedings will be maintained.

    1.    <u>Attendance:</u> The settlement conference shall be attended by all counsel of record, a corporate representative for each corporate party, and all individual parties.

---

[1] **The parties and their counsel should report directly to Judge Goodman's courtroom, Courtroom 3. There is no need to stop first at Chambers.**

**In addition, the attorneys for BOTH parties are advised to explicitly instruct their clients that NO CELL PHONES may be brought into the Courthouse by non-attorneys. Furthermore, all parties must bring appropriate identification in order to be allowed in the Courthouse by security personnel.**

Corporate representatives shall have full authorization to negotiate, submit, and accept offers of settlement. For the plaintiff, this means a person authorized to accept a with-prejudice dismissal, without the receipt of any damages. For the defendant, this means a representative with sufficient settlement authority to meet the plaintiff's damages demand in full.[2]

    2.    <u>Computation of Damages:</u> At least **three days before** the settlement conference, plaintiff must submit to defendant an itemized computation of the alleged damages. Plaintiff shall provide the Undersigned with a copy of this computation at the beginning of the settlement conference.

    3.    <u>Settlement Offers:</u> The parties shall within 48 hours before the mediation speak (in person or on the phone, not merely by email) to discuss their client's latest settlement positions and to exchange updated offers, if any.

    4.    <u>Confidential Statements:</u> Each party shall prepare a **confidential settlement conference statement**, which shall consist of a short summary of the procedural posture of the case and a description of the specific claims still at issue, including each party's evidentiary support and defenses. The parties should also include any other details they believe are important to achieving a settlement in this case. The confidential settlement conference statement shall be more than a mere

---

[2] In exceptional circumstances, an individual may request to be excused from personally attending if (1) counsel or another individual has full, written authorization to negotiate, submit, and accept *all* offers of settlement and (2) the individual moves for, *and receives*, a court order granting the request.

summary of the complaint or the affirmative defenses. It should advise the Undersigned of the party's position on the strengths of that party's own case and the weaknesses of the opponent's position. <u>This statement will be confidential and will be read only by the Undersigned and the law clerk working on the file.</u> To that end, the parties are instructed to email their statements to the Undersigned's e-file inbox at goodman@flsd.uscourts.gov no later than **Friday, July 10, 2015 at 5:00 PM.**

    **DONE AND ORDERED** in Chambers, at Miami, Florida, July 1, 2015.

<em>[signature]</em><br>
Jonathan Goodman<br>
UNITED STATES MAGISTRATE JUDGE

<u>Copies furnished to</u>:
The Honorable Joan A. Lenard
All counsel of record