UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-21162-CIV-LENARD/GOODMAN

MARY QUINTERO,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
JORGE LUIS LOPEZ, MARILE LOPEZ,　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　　)
_____)

## JOINT RULE 16.1 SCHEDULING REPORT

Plaintiff Mary Quintero and Defendants Jorge Luis Lopez and Marile Lopez (collectively, "the Parties"), pursuant to Southern District of Florida Local Rule 16.1, Federal Rule of Civil Procedure 26(f), and the Court's Order Requiring Completion of Joint Scheduling Report (**D.E. 15**), submit their Joint Scheduling Report as follows:

**1.**　**The likelihood of settlement:** The Parties are in the initial stages of gathering information and have not discussed settlement of this matter. The parties will, throughout the progress of the case, discuss settlement and make reasonable, good faith efforts to resolve this matter without the Court's assistance.

**2.**　**A discussion of the likelihood of appearance in the action of additional parties:** The Parties do not anticipate other parties to enter or to be joined in this action.

**3.**　**Proposed limits on time:**

　　**Join other parties and amend the pleadings:**

　　Addressed in the attached Proposed Joint Scheduling Order.

**File and hear motions:**

Addressed in the attached Proposed Scheduling Order.

**Complete Discovery:**

As reflected in the attached Proposed Scheduling Order, the Parties propose that this case be assigned to a Standard Case Management Track. *See* Local Rule 16.1, Differentiated Case Management in Civil Actions §A.2.(b). Accordingly, the Parties propose that discovery be completed within 180 to 269 days from the date of the Scheduling Order.

4. **Simplification of issues:** The Parties are unable to eliminate any claims or defenses at this point in time but will endeavor to do so in order to simplify the issues, including the elimination of frivolous claims or defenses.

5. **The necessity or desirability of amendments to the pleadings:** The parties do not foresee the need to amend the pleadings at this time. However, depending on rulings of the Court, and events in the course of discovery, it is possible that one of the parties may seek leave of court to amend a pleading.

6. **Stipulations and the need for advance rulings form the Court**: The Parties will endeavor to stipulate to facts and admissions of documents and electronically stored information such as to avoid the unnecessary proof at trial. However, at this point in time, the Parties are unable to stipulate to any facts at this time.

7. **Suggestions for the avoidance of unnecessary proof and of cumulative evidence**: The Parties do not have any suggestions at this time.

8. **Suggestions on the advisability of referring matters to a Magistrate Judge or master:** The Parties have agreed to consent to the magistrate determination for motions concerning discovery.

9.      **A preliminary estimate of the time required for trial:** The Parties estimate that this will be a 3-4 day trial. Defendants estimate that the trial will take between 1 and 3 days.

10.     **Requested dates for conferences before trial, a final pretrial conference and trial**: Addressed in the attached Proposed Joint Scheduling Order.

11.     **Any other information that might be helpful to the Court:** The Parties are unaware of any additional information that would be helpful to the Court.

## DISCOVERY PLAN PURSUANT TO RULE 26(f), FED.R.CIV.P.

A.      **Changes/time of disclosures:** The Parties propose that Initial Disclosures should be made on or before July 15, 2015.

B.      **Subjects and schedule for discovery**: Addressed in the attached Proposed Joint Scheduling Order.

C.      **Issues relating to e-discovery:** The Parties agree to comply with Federal Rules of Civil Procedure 26(a)(A)(ii), 34(b)(1)(C) and 34(b)(2) in connection with the disclosure and discovery of electronically stored information.  Documents, including electronic discovery, will be produced in PDF format or by printing the electronic documents.  Electronic discovery does not have to be produced in its natural form, unless the authenticity of a particular document becomes an issue in the case.

D.      **Issues relating to claims of privilege or work product**: The Parties agree that these will be addressed in response to specific discovery items.

E.      **Any changes in limitations on discovery:** None other than as set forth in the attached Proposed Joint Scheduling Order.

F.      **Any order which should be entered:** None other than as contemplated above or in the attached Proposed Joint Scheduling Order.

**CONSENT OF COUNSEL FOR DEFENDANTS**

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendant has authorized him to affix their electronic signature to this Joint Scheduling Report.

Respectfully Submitted,

| | |
|---|---|
| Dated: 07/01/2015 | Dated: 07/01/2015 |
| | |
| J.H. Zidell, P.A. | Rasco Klock Perez Nieto |
| Attorney for Plaintiff | Attorneys for Defendant |
| 300 71st Street, Suite 605 | 2555 Ponce de Leon Blvd, Suite 600 |
| Miami Beach, Florida 33141 | Coral Gables, FL 33134 |
| Tel: (305) 865-6766 | Tel: (305) 476-7100 |
| Fax: (305) 865-7167 | Fax: (305) 476-3063 |
| jgarrett.jhzidellpa@gmail.com | mmorel@rascoklock.com |
| | |
| By: /s/ *Julia M. Garrett* | By: /s/ *Miguel A. Morel* |
| Julia M. Garrett | Miguel A. Morel |
| Florida Bar Number: 0105151 | Florida Bar Number: 89163 |