UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-21162-CIV-LENARD/GOODMAN

**MARY QUINTERO**,

    Plaintiff,
vs.

**JORGE LUIS LOPEZ and MARILE LOPEZ**,

    Defendants.
_____/

ORDER OF REFERENCE OF CERTAIN MATTERS
TO MAGISTRATE JUDGE

**THIS CAUSE** is before the Court sua sponte. Pursuant to 28 U.S.C. §636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, and with the consent to jurisdiction of both parties in this suit, the above captioned cause is referred to United States Magistrate Judge Jonathan Goodman to take all necessary and proper action as required by law, and to render a final Order, as appropriate, with respect to **Motions concerning Discovery, Motions for Costs, Motions for Attorney's Fees, Motions for Sanctions or Contempt, and all other Pre-Trial Motions, excluding: Motions to Dismiss or for Judgment on the Pleadings, Motions to Certify or Decertify Class, Motions for Preliminary Injunctions, Motions for Summary Judgment, and Motions to Remand.** Counsel shall send a copy of all motions and pleadings, and all responses thereto, directly to the Magistrate Judge at the same time that the motion or pleading is filed with the Court.

    It is further

Case No. 15-21162-CIV-LENARD/GOODMAN

**ORDERED AND ADJUDGED** that the parties are directed to indicate on the first page, under the case number, of all motions as agreed above and related papers filed hereafter, that the motion is a "Consent Motion."

**DONE AND ORDERED** in Chambers at Miami, Florida this 7th day of July, 2015.

                                             *Joan A. Lenard*
                                             **JOAN A. LENARD**
                                             **UNITED STATES DISTRICT JUDGE**