UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-21162-CIV-LENARD/GOODMAN

MARY QUINTERO,

    Plaintiff,
v.

JORGE LUIS LOPEZ and
MARILE LOPEZ,

    Defendants.
_____/

## NOTICE OF SERVICE OF FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1) INITIAL DISCLOSURES OF DEFENDANTS

Defendants Jorge Luis Lopez and Marile Lopez (collectively, "Defendants"), respectfully notify the Court that their Initial Disclosures were served on Plaintiff on July 16, 2015 in compliance with Federal Rule of Civil Procedure 26.

**Dated**: July 16, 2015.

                    Gabriel E. Nieto, Esq. FBN 14755
                    Miguel A. Morel, Esq. FBN 89163
                    RASCO KLOCK PEREZ NIETO
                    2555 Ponce De Leon Blvd., Suite 600
                    Coral Gables, Florida 33134
                    Telephone: 305.476.7105
                    Facsimile: 305.675.7707

                    By: */s/ Miguel A. Morel*
                            Miguel A. Morel

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 16, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/EFC. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/EFC or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: */s/ Miguel A. Morel*
Miguel A. Morel

**SERVICE LIST**

**Via CM/ECF Notice**

Elizabeth Hueber, Esq.
Julia Garrett, Esq.
J.H. ZIDELL P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel. (305) 865-6766
Fax. (305) 865-7167
zabogado@aol.com
jgarrett.jhzidellpa@gmail.com
elizabeth.hueber.esq@gmail.com