UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-21162-CIV-LENARD/GOODMAN

MARY QUINTERO,

    Plaintiff,

v.

JORGE LUIS LOPEZ, et al. ,

    Defendants.

_____/

## ORDER RESCHEDULING SETTLEMENT CONFERENCE

The Settlement Conference in this matter was originally scheduled [ECF No. 23] for July 14, 2015; however, Plaintiff's counsel moved [ECF No. 28] to cancel the conference on July 13, 2015 because counsel was unable to get in contact with Plaintiff. The Undersigned ordered [ECF No. 29] that the conference be cancelled and that Plaintiff's counsel provide an update, via filing a Notice on the docket by July 17, 2015, on the outcome of counsel's efforts to contact Plaintiff. The requisite Notice was filed on July 17, 2015, stating that counsel has been contact with Plaintiff. [ECF No. 33]. Plaintiff's counsel has also contacted the Undersigned's chambers to reschedule the Settlement Conference, in addition to moving [ECF No. 30] for an extension of time in which to hold the Settlement Conference. District Judge Lenard granted the motion for extension of time, requiring the parties to hold the conference on or before July 31, 2015. [ECF No. 31].

Accordingly, it is hereby **ORDERED** that a settlement conference will take place in Chambers[1] on the <u>11th Floor of the James Lawrence King Federal Justice Building</u>, 99 Northeast Fourth Street, Miami, Florida, on **Wednesday, July 29, 2015 at 10:00 AM.** The conference will be conducted without a court reporter so that no record of the proceedings will be maintained.

1. <u>Attendance:</u> The settlement conference shall be attended by all counsel of record, a corporate representative for each corporate party, and all individual parties. Corporate representatives shall have full authorization to negotiate, submit, and accept offers of settlement. For the plaintiff, this means a person authorized to accept a with-prejudice dismissal, without the receipt of any damages. For the defendant, this means a representative with sufficient settlement authority to meet the plaintiff's damages demand in full.[2]

2. <u>Computation of Damages:</u> At least **three days before** the settlement conference, plaintiff must submit to defendant an itemized computation of the alleged

---

[1] **The parties and their counsel should report directly to Judge Goodman's courtroom, Courtroom 3. There is no need to stop first at Chambers.**

**In addition, the attorneys for BOTH parties are advised to explicitly instruct their clients that NO CELL PHONES may be brought into the Courthouse by non-attorneys. Furthermore, all parties must bring appropriate identification in order to be allowed in the Courthouse by security personnel.**

[2] In exceptional circumstances, an individual may request to be excused from personally attending if (1) counsel or another individual has full, written authorization to negotiate, submit, and accept *all* offers of settlement and (2) the individual moves for, *and receives*, a court order granting the request.

damages. Plaintiff shall provide the Undersigned with a copy of this computation at the beginning of the settlement conference.

3. <u>Settlement Offers:</u> The parties shall within 48 hours before the mediation speak (in person or on the phone, not merely by email) to discuss their client's latest settlement positions and to exchange updated offers, if any.

4. <u>Confidential Statements:</u> Each party shall prepare a **confidential settlement conference statement**, which shall consist of a short summary of the procedural posture of the case and a description of the specific claims still at issue, including each party's evidentiary support and defenses. The parties should also include any other details they believe are important to achieving a settlement in this case. The confidential settlement conference statement shall be more than a mere summary of the complaint or the affirmative defenses. It should advise the Undersigned of the party's position on the strengths of that party's own case and the weaknesses of the opponent's position. <u>This statement will be confidential and will be read only by the Undersigned and the law clerk working on the file.</u> To that end, the

parties are instructed to email their statements to the Undersigned's e-file inbox at goodman@flsd.uscourts.gov no later than **Monday, July 27, 2015 at 5:00 PM.**[3]

**DONE AND ORDERED** in Chambers, at Miami, Florida, July 20, 2015.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Joan A. Lenard
All counsel of record

---

[3] The parties previously sent statements to the Undersigned before the previously-scheduled Settlement Conference. Because the circumstances in the case may have changed in the interim -- on account of more discovery being exchanged, Plaintiff being in contact with her counsel, etc. -- the parties are being afforded the opportunity to update their previous confidential statements. If the parties do not wish to update their statements, then they are not required to send in another statement by this deadline, and the Court will use the previous statement during the conference.