UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-21162-CIV-LENARD/GOODMAN

MARY QUINTERO, )
)
        Plaintiff, )
vs. )
)
JORGE LUIS LOPEZ and MARILE )
LOPEZ, )
)
        Defendants. )
_____ )

## PLAINTIFF'S AMENDED STATEMENT OF CLAIM

**COMES NOW** Plaintiff, Mary Quintero ("Plaintiff"), by and through undersigned counsel, and file this Plaintiff's Amended Statement of Claim, pursuant to Court Order entered on March 26, 2015 [D.E. 6], and states as follows:

**A. Federal Overtime Wage Claim**

1. Statutory period of claim: December 1, 2012 – September 1, 2014
   a. Worked an average of 45 hours per week, and only paid for 40 of those hours.
   b. Applicable rate of pay for period: $13 / hour
   c. Applicable overtime rate: $19.50 / hour
   d. Hours unpaid per week: 5
   e. Weeks in period: 91
   f. 5 hours per week at 91 weeks, at an overtime rate of $19.50 per hour, equals $8,872.50.
   g. Amount claimed for period, after liquidated damages are considered: $17,745.00.

2. September 2, 2014 – Nov 2, 2014
   a. No overtime hours or other claim.
   b. Amount claimed for period: $0.00

3. November 3, 2014 – November 9, 2014
   a. Hours worked per week: 71.5

   b. Weeks in period: 1
   c. Applicable rate of pay for period: $13 / hour
   d. Applicable overtime rate: $19.50 / hour
   e. Hours unpaid: 5
   f. Hours that overtime rate was not applied: 26.5 hours
   g. 26.5 hours at the overtime rate of $19.50 per hour, subtracted by the amount actually paid at $13 per hour, equals: $172.25.
   h. 5 overtime hours, at an overtime rate of $19.50 per hour equals: $97.50
   i. Amount claimed for period, after liquidated damages are considered: $539.50
4. November 10, 2014 – December 31, 2014
   a. No overtime hours or other claim.
   b. Amount claimed for period: $0.00
5. January 1, 2015 - February 28, 2015
   a. Worked an average of 45 hours per week, and only paid for 40 of those hours.
   b. Applicable rate of pay for period: $14.00 / hour
   c. Applicable overtime rate: $21.00 / hour
   d. Weeks in period: 8
   e. 5 overtime hours multiplied by 8 weeks, at an overtime rate of $21.00 per hour equals: $840.00.
   f. Amount claimed for period, after liquidated damages are considered: $1,680.00
6. Total amounts claimed: $17,745.00  +  $539.50 + $1,680.00 = $19,964.50.


Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Julia M. Garrett
Julia M. Garrett, Esq.
Florida Bar Number: 0105151
jgarrett.jhzidellpa@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that this document and all attachments were served via e-mail to all counsel or parties in the Service List below on September 8, 2015.

> J.H. Zidell, P.A.
> 300 71st Street, Suite 605
> Miami Beach, Florida 33141
> Tel: (305) 865-6766
> Fax: (305) 865-7167
> *Attorneys for Plaintiff*
>
> By: /s/ Julia M. Garrett
> Julia M. Garrett, Esq.
> Florida Bar Number: 0105151
> jgarrett.jhzidellpa@gmail.com

## SERVICE LIST

Gabriel Ernesto Nieto
Email: gnieto@rascoklock.com
Miguel Angel Morel
Email: mmorel@rascoklock.com
Rasco Klock Perez Nieto, P.L.
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, FL 33134
305 476-7100
Fax: 305 476-7102
*Attorneys for Defendants*