# United States District Court

SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

| | |
|---|---|
| MARY QUINTERO,<br><br>            Plaintiff,<br><br>vs.<br><br>JORGE LUIS LOPEZ and MARILE LOPEZ,<br><br>Defendants. | **PLAINTIFF'S EXHIBIT LIST**<br><br>CASE NO.: 1:15-CIV-21162-LENARD |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| HONORABLE DISTRICT JUDGE LENARD | J.H. Zidell, Esq.<br>J.H. Zidell P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | Miguel Angel Morel<br>Rasco Klock Perez Nieto, P.L.<br>2555 Ponce de Leon Blvd, Suite 600<br>Coral Gables, FL 33134<br>305-476-7100<br>Email: mmorel@rascoklock.com |
| TRIAL DATE(S)<br>Two Week Period Beginning 7/11/2016 | | |

| PLF. NO | Defendants' Objections | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 1 | A, R, H, | | | | | Plaintiffs' Composite Exhibit of Time Records and Pay |
| 2 | | | | | | ALL IMPEACHMENT EXHIBITS |
| 3 | | | | | | RIGHT RESERVED TO INTRODUCE ANY EXHIBIT LISTED ON DEFENDANTS' EXHIBIT LIST. |