UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No.: 15-cv-21162-Lenard/Goodman

MARY QUINTERO

       Plaintiff,

vs.

JORGE LUIS LOPEZ and
MARILE LOPEZ,

       Defendants.
_____/

## DEFENDANTS' EXHIBIT LIST

Defendants, Marile Lopez and Jorge Luis Lopez, pursuant to the Court's Order Establishing Pretrial Deadlines [D.E. 43], hereby files its Exhibit List for Trial. Defendants reserve the right to amend, delete, or supplement the following exhibit list in advance of trial, as permitted.

| PRESIDING JUDGE<br>Honorable Joan A. Lenard | | | PLAINTIFF'S ATTORNEY<br>J.H. Zidell, Esq.<br>Joshua Sheskin, Esq. | | DEFENDANT'S ATTORNEY<br>Miguel A. Morel, Esq.<br>Hilton Napoleon II, Esq. |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>Trial Period Beginning on July 11, 2016 | | | COURT REPORTER | | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|  | 1 |  |  |  | Plaintiff's Amended Statement of Claim (D.E. 41) |
|  | 2 |  |  |  | December 1, 2012 – December 15, 2012 Pay Records (P003, P001) |
|  | 3 |  |  |  | December 16, 2012 – December 31, 2012 Pay Records (P002) |
|  | 4 |  |  |  | January 1, 2013 – January 15, 2013 Pay Records (D008-09, P054) |
|  | 5 |  |  |  | January 16, 2013 – January 31, 2013 Pay Records (D010-11, P052) |
|  | 6 |  |  |  | February 1, 2013 – February 15, 2013 Pay Records (D013-14) |
|  | 7 |  |  |  | February 16, 2013 – February 28, 2013 Pay Records (D015-16, P048) |
|  | 8 |  |  |  | March 1, 2013 – March 15, 2013 Pay Records (D017-18) |
|  | 9 |  |  |  | March 16, 2013 – March 31, 2013 Pay Records (D19-20, P043) |
|  | 10 |  |  |  | April 1, 2013 – April 15, 2013 Pay Records (D021-22, P041) |
|  | 11 |  |  |  | April 16, 2013 – April 30, 2013 Pay Records (D023-24) |
|  | 12 |  |  |  | May 1, 2013 – May 15, 2013 Pay Records (D025-26) |

AO 187A (Rev. 7/87)

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Mary Quintero     vs.   Jorge Luis Lopez and Marile Lopez — CASE NO. 15-21162 |
| | 13 | | | | May 16, 2013 – May 31, 2013 Pay Records (D027-28) |
| | 14 | | | | June 1, 2013 – June 15, 2013 Pay Records (D029-30) |
| | 15 | | | | June 16, 2013 – June 30, 2013 Pay Records (D031-32) |
| | 16 | | | | July 1, 2013 – July 15, 2013 Pay Records (D033-34) |
| | 17 | | | | July 16, 2013 – July 31, 2013 Pay Records (D035-36) |
| | 18 | | | | August 1, 2013 – August 15, 2013 Pay Records (D037-38, D003) |
| | 19 | | | | August 16, 2013 – August 31, 2013 Pay Records (D039-40) |
| | 20 | | | | September 1, 2013 – September 15, 2013 Pay Records (D041-42) |
| | 21 | | | | September 16, 2013 – September 30, 2013 Pay Records (D043-44) |
| | 22 | | | | October 1, 2013 – October 15, 2013 Pay Records (D045-46) |
| | 23 | | | | November 1, 2013 – November 15, 2013 Pay Records (D047-48) |
| | 24 | | | | December 1, 2013 – December 15, 2013 Pay Records (D049-50) |
| | 25 | | | | December 16, 2013 – December 31, 2013 Pay Records (D051-52) |
| | 26 | | | | January 1, 2014 – January 15, 2014 Pay Records (D053-54) |
| | 27 | | | | January 16, 2014 – January 31, 2014 Pay Records (D055-56) |
| | 28 | | | | February 1, 2014 – February 15, 2014 Pay Records (D057-58) |
| | 29 | | | | February 16, 2014 – February 28, 2014 Pay Records (D059-60) |
| | 30 | | | | March 1, 2014 – March 15, 2014 Pay Records (D061-62) |
| | 31 | | | | March 16, 2014 – March 31, 2014 Pay Records (D063-64) |
| | 32 | | | | April 1, 2014 – April 15, 2014 Pay Records (D065-66) |
| | 33 | | | | April 16, 2014 – April 30, 2014 Pay Records (D067-68) |
| | 34 | | | | May 1, 2014 – May 15, 2014 Pay Records (D069-70) |
| | 35 | | | | May 16, 2014 – May 30, 2014 Pay Records (D071-72) |
| | 36 | | | | June 1, 2014 – June 15, 2014 Pay Records (D073-74) |
| | 37 | | | | June 16, 2014 – June 30, 2014 Pay Records (D075-76) |
| | 38 | | | | July 1, 2014 – July 15, 2014 Pay Records (D077-78) |
| | 39 | | | | July 16, 2014 – July 31, 2014 Pay Records (D079-80) |

AO 187A (Rev. 7/87)

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Mary Quintero vs. Jorge Luis Lopez and Marile Lopez — CASE NO. 15-21162 |
| | 40 | | | | August 1, 2014 – August 15, 2014 Pay Records (D081-83) |
| | 41 | | | | August 16, 2014 – August 31, 2014 Pay Records (D084-85, D002) |
| | 42 | | | | September 1, 2014 – September 15, 2014 Pay Records (D086-87) |
| | 43 | | | | September 16, 2014 – September 30, 2014 Pay Records (D088-89) |
| | 44 | | | | October 1, 2014 – October 15, 2014 Pay Records (D090-91) |
| | 45 | | | | October 16, 2014 – October 30, 2014 Pay Records (D092-93) |
| | 46 | | | | November 1, 2014 – November 15, 2014 Pay Records (D094-95) |
| | 47 | | | | November 16, 2014 – November 30, 2014 Pay Records (D096-97) |
| | 48 | | | | December 1, 2014 – December 15, 2014 Pay Records (D098-99) |
| | 49 | | | | December 16, 2014 – December 31, 2014 Pay Records (D100-01) |
| | 50 | | | | January 1, 2015 – January 15, 2015 Pay Records (D102-03) |
| | 51 | | | | January 15, 2015 – January 30, 2015 Pay Records (D104-05) |
| | 52 | | | | February 1, 2015 – February 15, 2015 Pay Records (D106-07) |
| | 53 | | | | February 15, 2015 – February 28, 2015 Pay Records (D108-09) |
| | 54 | | | | Check dated February 9, 2015 ($1,000) (D109-10) |
| | 55 | | | | Transactions by Payroll Item, Vacation Pay (D001-02)  PL OBJ – R, UP |
| | 56 | | | | Plaintiff's Composite of Time Records and Pay (P001 – 0111). |
| | 57 | | | | Mary Quintero's Passport (P0012 -0121)        PL OBJ – R, UP |
| | 58 | | | | Plaintiff's Responses to Defendants' First Set of Interrogatories, PL OBJ H, I, UP |
| | 59 | | | | All Court filings made in this matter. PL OBJ H, I, UP, R, A, Improper Exhibit |
| | 60 | | | | Any and all documents listed on Plaintiff's exhibit list. |
| | 61 | | | | Any and all impeachment and rebuttal exhibits. |

**Dated**: June 14, 2016.

                                        Gabriel E. Nieto., Esq. FBN 14755
                                        Hilton Napoleon II, Esq. FBN 17593
                                        Miguel A. Morel, Esq. FBN 89163
                                        **RASCO KLOCK PEREZ NIETO**
                                        2555 Ponce de Leon Blvd., Suite 600
                                        Coral Gables, Florida 33134
                                        Telephone: 305.476.7111
                                        Facsimile: 305.675.7707

                                        By:  */s/ Miguel A. Morel*
                                                Miguel A. Morel

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on June 14, 2016, I have filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel and parties of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        By:  */s/ Miguel A. Morel*
                                               Miguel A. Morel

**Via CMF/ECF Notice**

Jamie Harrison Zidell, Esq. FBN 10121
Joshua H. Sheskin, Esq., FBN 93028
**J.H. Zidell, P.A.**
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel. (305) 865-6766
Fax. (305) 865-7167
zabogado@aol.com
jsheskin.jhzidellpa@gmail.com