UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No.: 15-cv-21162-Lenard/Goodman

MARY QUINTERO

       Plaintiff,

vs.

JORGE LUIS LOPEZ and
MARILE LOPEZ,

       Defendants.
_____/

## DEFENDANTS' WITNESS LIST

Defendants, Marile Lopez and Jorge Luis Lopez, pursuant to the Court's Order Establishing Pretrial Deadlines [D.E. 43], hereby files its Witness List for Trial. Defendants reserve the right to amend, delete, or supplement the following exhibit list in advance of trial, as permitted.

| PRESIDING JUDGE<br>Honorable Joan A. Lenard | | | | PLAINTIFF'S ATTORNEY<br>J.H. Zidell, Esq.<br>Joshua Sheskin, Esq. | DEFENDANT'S ATTORNEY<br>Miguel A. Morel, Esq.<br>Hilton Napoleon II, Esq. |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>Trial Period Beginning on July 11, 2016 | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|  | 1 |  |  |  | Marile Lopez |
|  | 2 |  |  |  | Jorge Luis Lopez |
|  | 3 |  |  |  | Maria Fernanda Rodriguez |
|  | 4 |  |  |  | Maria Dolores Cecilia |
|  | 5 |  |  |  | Lidia M. Gonzalez |
|  | 6 |  |  |  | Mary Quintero |
|  | 7 |  |  |  | Impeachment, rebuttal, and cross-examination witnesses. |
|  | 8 |  |  |  | Any and all persons or entities named by Plaintiff without waiver of objection to the admissibility of same. |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Dated**: June 14, 2016.

                                                Gabriel E. Nieto., Esq. FBN 14755
                                                Hilton Napoleon II, Esq. FBN 17593
                                                Miguel A. Morel, Esq. FBN 89163
                                                **RASCO KLOCK PEREZ NIETO**
                                                2555 Ponce de Leon Blvd., Suite 600
                                                Coral Gables, Florida 33134
                                                Telephone: 305.476.7111
                                                Facsimile: 305.675.7707

                                          By:  */s/ Miguel A. Morel*
                                                      Miguel A. Morel

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on June 14, 2016, I have filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel and parties of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          By:  */s/ Miguel A. Morel*
                                                   Miguel A. Morel

**Via CMF/ECF Notice**

Jamie Harrison Zidell, Esq. FBN 10121
Joshua H. Sheskin, Esq., FBN 93028
**J.H. Zidell, P.A.**
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel. (305) 865-6766
Fax. (305) 865-7167
zabogado@aol.com
jsheskin.jhzidellpa@gmail.com