UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 15-21162-CIV-LENARD/GOODMAN**

**MARY QUINTERO**,

    Plaintiff,

vs.

**JORGE LUIS LOPEZ and MARILE LOPEZ**,

    Defendants.

_____/

**ORDER RESETTING DATE OF PRE-TRIAL CONFERENCE**

**PLEASE BE ADVISED** the date for the Pre-Trial Conference previously scheduled for Monday, June 20, 2016 at 2:30 p.m. has changed. The new date for the Pre-Trial Conference shall be **Wednesday, June 29, 2016 at 2:30 p.m.**

All other dates and times remain in full force and effect.

**PLEASE CONFORM** your schedules to the above date and time.

**DONE AND ORDERED** in Chambers at Miami, Florida this 15th day of June, 2016.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**